AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

FILED ___ ENTERED
___ LODGED ___ RECEIVED

JUL 16 2019 ST

AT SEATTLE
CLERK U.S. DISTRICT COURT
BY WESTERN DISTRICT OF WASHINGTON
DEPUTY

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.   MJ19-311 (4)
A single-family residence located at 12420 SE 264th Street, )
Kent, Washington 98030 (Location 4) )
)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Western   District of   Washington
*(identify the person or describe the property to be searched and give its location)*:

A single-family residence located at 12420 SE 264th Street, Kent, Washington 98030, more fully described in Attachment A-4

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B for a List of Items to be Seized.

**YOU ARE COMMANDED** to execute this warrant on or before   July 22, 2019   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   any U.S. Magistrate Judge in West. Dist. of Washington   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   July 8, 2019 2:10 pm              [signature]
                                                          *Judge's signature*

City and state:   Seattle, Washington          Mary Alice Theiler, United States Magistrate Judge
                                                 *Printed name and title*

USAO# 2018R01308

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| MJ19-311 | 7/10/19  6:01 a.m. | Aleksandr Pavlovskiy |

Inventory made in the presence of:
SA Chris Walters

Inventory of the property taken and name of any person(s) seized:

See attached inventory. The property was seized from 30323 110th Pl SE, Auburn, WA, as described in Attachment A-4.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/11/19

_Executing officer's signature_

Ariana Kroshinsky, Special Agent
_Printed name and title_

## ATTACHMENT A–4
## Location 4 to be Searched

A single-family residence located at 30323 – 110th Place S.E., Auburn, Washington 98092. Location 4 is a two-story, four-bedroom, single-family residence, painted grey/green in color with white trim and a grey asphalt roof. From the street, a driveway leads to a two-car, white garage door, which faces the street. To the right of the garage door is a porch that runs from the garage to the right side of the house. The porch has several white pillars and a white fence. The front door, white in color, is in the center of the front porch. Above the front porch are three dormers and windows. For this location, the search is to include all rooms, attics, basements, and all other parts therein, and surrounding yard, garages, storage rooms, or outbuildings of any kind, attached or unattached, on Location 4. A photo of Location 4 is below.



Attachment A–4 (Location 4) – 1
USAO# 2018R01308

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

FD-597 (Rev. 4-13-2015)                                                                                      Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 281H-SE-3005509

On (date): 7-10-2019    item(s) listed below were:
☑ Collected/Seized
☐ Received From
☐ Returned To
☐ Released To

(Name) Aleksandr Pavlovskiy

(Street Address) 30323 110th Pl SE

(City) Auburn, WA

Description of Item(s):

1. Documents relating to dominion & control
2. Documents relating to mortgage
3. Charity document in Ukranian/English
4. Friends & Family organizer
5. Tax documents
6. Android cellphone in blue/black case
7. 2 Prada purses, one red, one black
8. Red Burberry purse; Kate Spade beige purse, and a Burberry floral tote bag

Nothing Follows

Received By: _____ (Signature)            Received From: _____ (Signature)

Printed Name/Title: WALTERS C.            Printed Name/Title: Aleksandr Pavlov